UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL STRINGER,

    Plaintiff,

Case No. 07-11167

Honorable Nancy G. Edmunds

v.

BRUCE CURTIS, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [20]**

This matter comes before the Court on the Magistrate Judge's June 26, 2007 Report and Recommendation [20]. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's objections to the Magistrate Judge's Report and Recommendation, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

    SO ORDERED.

                        s/NANCY G. EDMUNDS
                        Nancy G. Edmunds
                        United States District Judge

Dated: August 15, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 15, 2007, by electronic and/or ordinary mail.

                        s/Carol A. Hemeyer
                        Case Manager